UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| GEORGE ASSALI, | ) | No. CV 13-09201-R (VBK) |
| Plaintiff, | ) ) | ORDER (1) ACCEPTING THE FINDINGS AND RECOMMENDATIONS OF THE UNITED |
| v. | ) ) | STATES MAGISTRATE JUDGE, AND (2) DISMISSING THE COMPLAINT |
| CITY OF SIMI VALLEY, et al., | ) ) | |
| Defendants. | ) ) | |

Pursuant to 28 U.S.C. §636, the Court has reviewed the Complaint and all other papers along with the attached Report and Recommendation of the United States Magistrate Judge.

**IT IS THEREFORE ORDERED** that the Court:(1) approves the findings and recommendations of the United States Magistrate Judge; (2) grants Defendants' Motion to Dismiss Plaintiff's Complaint; and (3) directs that Judgment be entered dismissing the action with prejudice.

DATED: JULY 31, 2014

MANUEL L. REAL
UNITED STATES DISTRICT JUDGE