JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| GEORGE ASSALI, | ) | No. CV 13-09201-R (VBK) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| CITY OF SIMI VALLEY, et al., | ) | |
| Defendants. | ) | |

    Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

    **IT IS ADJUDGED** that Judgment be entered dismissing the Complaint and entire action with prejudice.

DATED: JULY 31, 2014

MANUEL L. REAL
UNITED STATES DISTRICT JUDGE